**IN RE C.D.A.W.**

[361 N.C. 232 (2007)]

IN THE MATTER OF C.D.A.W., A MINOR CHILD

No. 110A06

(Filed 9 March 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 175 N.C. App. 680, 625 S.E.2d 139 (2006), affirming an order entered 20 July 2004 by Judge Susan E. Bray in District Court, Guilford County. Heard in the Supreme Court 13 February 2007.

*Guilford County Attorney's Office, by James A. Dickens, Deputy County Attorney, for petitioner-appellee Guilford County Department of Social Services.*

*Joyce L. Terres for appellee Guardian ad Litem.*

*Carlton, Rhodes, & Carlton, by Gary C. Rhodes, for respondent-appellant mother.*

PER CURIAM.

AFFIRMED.